Note:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1212, -1236


EASTMAN KODAK COMPANY,

Plaintiff-Appellant,

v.

AGFA-GEVAERT N.V. and AGFA CORPORATION,

Defendants-Cross Appellants.


Richard D. Rochford, Nixon Peabody LLP, of Rochester, New York, argued for plaintiff-appellant.  With him on the brief was Michael F. Orman.

H. Michael Hartmann, Leydig, Voit & Mayer, Ltd., of Chicago, Illinois, argued for defendants-cross appellants.  With him on the brief were Jeffrey B. Burgan, David M. Airan, and L. Scott Beall.

Appealed from:  United States District Court for the Western District of New York

Senior Judge Michael A. Telesca

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1212, -1236

EASTMAN KODAK COMPANY,

Plaintiff-Appellant,

v.

AGFA-GEVAERT N.V. and AGFA CORPORATION,

Defendants-Cross Appellants.

# Judgment

ON APPEAL from the    United States District Court for the Western District of New York

In CASE NO(S).    02-CV-6564.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER and MOORE, Circuit Judges, and WILKEN, District Judge.*).

**AFFIRMED.**  See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED    November 9, 2009            /s/ Jan Horbaly
                                   Jan Horbaly, Clerk

*   The Honorable Claudia Wilken, District Judge, United States District Court for the Northern District of California, sitting by designation.